UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-9075 (CAS) (RZx) | Date | November 27, 2013 |
|---|---|---|---|
| Title | KENNETH TATE V. KAISER FOUNDATION HOSPITALS, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:       Attorneys Present for Defendants

Not Present                              Not Present

**Proceedings:**   (IN CHAMBERS:) PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE MOTION FOR SUMMARY JUDGMENT (Dkt. #'s 29-30, filed Nov. 25, 2013)

A hearing on defendants' motion for summary judgment is currently scheduled for December 2, 2013. Dkt. #28. On November 25, 2013, plaintiff filed an ex parte application to continue the hearing date as well as the due date for plaintiff's opposition and defendants' reply to the motion. Dkt. #'s 29-30. Plaintiff also requests a continuance of the trial date. Id. Plaintiff explains that, due to a computer error, he did not become aware of defendants' filing of a motion for summary judgment until he was contacted by the Court. Dkt. #30, Brown Decl. 1-2.

Defendants filed an opposition on November 26, 2013. Dkt. #32. Defendants argue that the application should be denied because plaintiff has not set forth excusable neglect for filing this application less than 14 days before the hearing date for this motion. Dkt. #32 at 2-3 (citing Fed. R. Civ. P. 6(b)(1)(B)). Additionally, defendants argue that granting plaintiff's application would be futile because plaintiff will not ultimately be successful in opposing defendants' motion for summary judgment. Id. at 4-5.

The Court declines to rule on defendants' motion for summary judgment in the absence of an opposition. Plaintiff's ex parte application is accordingly GRANTED IN PART and DENIED IN PART. Plaintiff shall have until and including **December 4, 2013**, to file an opposition to defendants' motion for summary judgment. Defendants'

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-9075 (CAS) (RZx) | Date | November 27, 2013 |
|---|---|---|---|
| Title | KENNETH TATE V. KAISER FOUNDATION HOSPITALS, ET AL. | | |

reply shall be due on **December 11, 2013**, and the hearing on the motion shall occur on **December 16, 2013**.  The trial date shall remain **February 25, 2014**.

    IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | | CMJ |