UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

## CIVIL MINUTES - GENERAL

| Case No. | CV 12-9075 (CAS) (RZx) | Date | December 4, 2013 |
|---|---|---|---|
| Title | KENNETH TATE V. KAISER FOUNDATION HOSPITALS, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants

Not Present    Not Present

**Proceedings:** **(IN CHAMBERS:)** PLAINTIFF'S SECOND EX PARTE APPLICATION TO CONTINUE MOTION FOR SUMMARY JUDGMENT (Dkt. #34, filed Dec. 3, 2013)

A hearing on defendants' motion for summary judgment is currently scheduled for December 16, 2013, after this Court granted in part and denied in part plaintiff's first ex parte application to continue the hearing on the motion. Dkt. #33. On December 3, 2013, plaintiff filed a second ex parte application to continue the due date for plaintiff's opposition to the motion from December 4, 2013, until December 16, 2013. Dkt. #34. Plaintiff's counsel explains that he will be involved in a jury trial commencing on December 3, 2013, that is expected to conclude on December 13, 2013. Id.

Defendants filed an opposition on December 4, 2013. Dkt. #34. Defendants argue that the application should be denied because plaintiff has not established good cause for a continuance. Dkt. #35 at 2-3.

The Court declines to rule on defendants' motion for summary judgment in the absence of an opposition. Plaintiff's ex parte application is accordingly GRANTED. Plaintiff shall have until and including **December 16, 2013**, to file an opposition to defendants' motion for summary judgment. Defendants' reply shall be due on **December 23, 2013**, and the hearing on the motion shall occur on **January 6, 2014** at **10:00 A.M.** Plaintiff's counsel is admonished that no further continuances will be granted as to the briefing schedule on defendants' motion for summary judgment.

IT IS SO ORDERED.

                                                                    00  :  00
                                    Initials of Preparer        CMJ