UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-9075 (CAS) (RZx) | Date | December 17, 2013 |
|---|---|---|---|
| Title | KENNETH TATE V. KAISER FOUNDATION HOSPITALS, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS:) PLAINTIFF'S THIRD EX PARTE APPLICATION FOR ENLARGEMENT OF TIME (Dkt. #37, filed Dec. 16, 2013)

    A hearing on defendants' motion for summary judgment is currently scheduled for January 6, 2014. Plaintiff's opposition to defendants' motion was due on December 16, 2013. On December 16, 2013, plaintiff filed this third ex parte application for enlargement of time to file his opposition. Dkt. #37. Plaintiff seeks an extension until December 20, 2013. Id.

    In light of the unanticipated circumstances set forth in plaintiff's application, the Court finds that good cause exists to grant plaintiff's application. Plaintiff's ex parte application is accordingly GRANTED. Plaintiff shall have until and including **December 20, 2013**, to file an opposition to defendants' motion for summary judgment. Defendants' reply shall be due on **January 8, 2014**, and the hearing on the motion shall occur on **January 13, 2014** at **10:00 A.M**.

    IT IS SO ORDERED.

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer |  | CMJ |  |