UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | 2:12-cv-09075-CAS-RZx | Date | February 5, 2014 |
|---|---|---|---|
| Title | KENNETH TATE V. KAISER FOUNDATION HOSPITALS, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS:)** PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE THE TRIAL DATE (Dkt. #56, filed February 4, 2014)

The trial in this matter is currently scheduled for February 25, 2014. On February 4, 2014, plaintiff filed an ex parte application to continue the trial date until March 25, 2014. Plaintiff's counsel states that he has been ordered to appear in another court for a trial that begins on February 25, 2014. Plaintiff's counsel also states that defense counsel does not oppose this application.

The Court finds that plaintiff's counsel has not set forth good cause to continue the trial date in this matter. This trial has been scheduled for February 25, 2014, since the Court issued a scheduling order on February 25, 2013, and therefore predates the apparent recent developments in the other matter referenced by plaintiff's counsel. Dkt. #20.

Accordingly, plaintiff's ex parte application to continue the trial date is DENIED.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |